# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140177(41)

_____

In re Estate of EDWARD BRANNON.

_____

DEBORAH ERBER, Personal Representative of
the Estate of EDWARD BRANNON,
                Plaintiff-Appellant,

v

DEPARTMENT OF COMMUNITY HEALTH,
                Intervenor,

and

KZ PROPERTIES, LLC,
                Defendant-Appellee.

_____/

SC: 140177
COA: 285470
Charlevoix CC: 07-054821-NO

     On order of the Court, the motion for reconsideration of this Court's June 3, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     KELLY, C.J., and CAVANAGH, J., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

Clerk

d0920